UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:23-cr-116(4)

vs.

DALAQUAN MCGUIRE,                  District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) GRANTING DEFENDANT'S MOTION TO AMEND (Doc. No. 87); AND (2) DENYING DEFENDANT'S REQUEST FOR RELEASE ON A FURLOUGH TO ATTEND A FAMILY FUNERAL (Doc. No. 86)**
_____

This case is before the Court on Defendant McGuire's request for release on a furlough to attend his father's funeral service, which is scheduled to occur May 15, 2024 at noon.  Doc. Nos. 86, 87.  Defendant seeks release from his incarceration from 8:00 a.m. until 6:00 p.m. that day and indicates that his mother would provide transportation to and from the jail.  Doc. No. 86.  The Government does not oppose this request.  *Id.*

There is no doubt about the sincerity of Defendant's understandable desire to be with his family during the time he requests.  Despite this, the Court **DENIES** Defendant's request for release on a furlough because Defendant: (1) has a criminal record which indicates a propensity to violate court orders; (2) is subject to a lengthy period of incarceration if convicted; and (3) poses a danger to the safety of the community.  Doc. Nos. 56, 57.  The Court, however, suggests the U.S. Marshal and/or jail facility permit Defendant to view a live stream video of the funeral services, if possible and practicable.  Defendant's family, with the assistance of Defendant's counsel (if

necessary), is to make appropriate arrangements with the U.S. Marshal and/or jail facility with regard to live streaming the funeral service.

**IT IS SO ORDERED.**

May 13, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge